■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PRINCE, Appellant. [867 NYS2d 682]

Defendant is ineligible for resentencing. We decline defendant's invitation to revisit our holding in *People v Quinones* (49 AD3d 323 [2008], *lv dismissed* 10 NY3d 868 [2008]), which involves the same issue raised on this appeal. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Buckley and Sweeny, JJ.